**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA S. GILBERT, | No. C 10-05162 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| WORLD SAVINGS BANK, FSB, WELLS FARGO BANK, N.A., and NDEX WEST LLC, | |
| Defendants. | |

Defendants have filed motions to dismiss and to strike (Dkt. Nos. 6 and 7). Under the civil local rules, plaintiff, who is represented by counsel, was required to file an opposition brief (or a statement of nonopposition) to the pending motions by December 9. It is now well after that date and no response has been filed. Plaintiff is therefore ordered to show cause for her failure to respond to the motions, including via a declaration under oath, by **NOON ON JANUARY 3, 2011**. If plaintiff does not respond, this action will be dismissed for lack of prosecution. This order does not constitute permission to file a late opposition to the pending motions. The hearing on January 6, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE