IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA S. GILBERT,

    Plaintiff,

  v.

WORLD SAVINGS BANK, FSB, WELLS FARGO BANK, N.A., and NDEX WEST LLC,

    Defendants.

No. C 10-05162 WHA

**ORDER OF DISMISSAL**

Following removal of this action from state court, defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., noticed motions to dismiss and to strike (Dkt. Nos. 6–8). The motions and hearing date were all properly served on plaintiff's counsel of record (Dkt. Nos. 6–8, 13). Under the civil local rules, plaintiff was required to file opposition briefs to the pending motions by December 9. No opposition briefs were filed. On December 27, plaintiff was ordered to show cause why the action should not be dismissed for failure to prosecute. No response to the order to show cause was filed. As plaintiff — after being clearly warned that dismissal was imminent — has failed to respond to court orders or file an opposition to the pending motions to dismiss and to strike, this action is **DISMISSED** for failure to prosecute. **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE