IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA S. GILBERT,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD SAVINGS BANK, FSB, WELLS FARGO BANK, N.A., and NDEX WEST LLC,<br><br>    Defendants.<br>                             / | No. C 10-05162 WHA<br><br>**ORDER FOR PLAINTIFF'S COUNSEL GREGORY BAKER AND PLAINTIFF BARBARA GILBERT TO APPEAR AT HEARING ON MARCH 10, 2011** |

    Gregory Baker, attorney for plaintiff, is **ORDERED TO APPEAR** at the hearing for defendants' motion for attorney's fees at **2:00 P.M. ON MARCH 10, 2011**. In addition, Attorney Baker is **ORDERED** to explain why he has not responded to any of the filings by defendants and the Court, including an order to show cause (Dkt. No. 14), and explain why he should not be referred to the California State Bar for investigation for failing to represent his client. Attorney Baker is admonished that an award for attorney's fees may be granted in defendants' favor and against him *personally*. Lastly, Attorney Baker is to immediately serve this order upon his client and instruct her to appear at the hearing as well, which appearance is **ORDERED**.

    **IT IS SO ORDERED.**

Dated: February 18, 2011.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE